# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 9, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132284(62)(65)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

                                            SC: 132284
                                            COA: 267976
                                            Sanilac CC: 05-006016-FC

THOMAS JAMES EARLS,
        Defendant-Appellee.
_____

        On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing his supplemental brief is considered and it is GRANTED. The motion by the Michigan Lodge of the Fraternal Order of Police for leave to file a brief *amicus curiae* and for extension of the time fore filing is considered and it is GRANTED.

        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2007                            _____
                                                        Clerk